UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALLAN ROTHSTEIN,

                Plaintiff,

                -against-

CHRISTOPHER MAHNE and MAZ TECHNOLOGIES, INC.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/2016

15-CV-3236 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

By letter dated March 4, 2016, the parties reported to the Court that they have reached a settlement in principle of this matter.

Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **April 11, 2016** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **March 25, 2016,** they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date: March 8, 2016
      New York, NY

                              **VALERIE CAPRONI**
                              **United States District Judge**