UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X  Case No. 15-CV-3236 (VEC)

ALLAN ROTHSTEIN

      Plaintiff,

v.

CHRISTOPHER MAHNE and
MAZ TECHNOLOGIES, INC.,

      Defendants.
------------------------------------------------X

## STIPULATION OF DISMISSAL

1. All parties to this case have entered into a settlement agreement which has resolved all issues and controversies between them to their mutual satisfaction. The parties' settlement agreement is documented in a Settlement and General Release, executed by all parties.

2. Accordingly, pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), all parties hereby stipulate to the immediate dismissal, with prejudice and without costs, of all claims and counterclaims in the case.

3. Finally, all parties wish to express their gratitude to the Court for its careful management and consideration of this case.

Dated: March 22, 2016

                                          Respectfully submitted,

| **KOZYAK TROPIN & THROCKMORTON, LLP** | **MOSES & SINGER LLP** |
|---|---|
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| 2525 Ponce de Leon Blvd., 9th Floor | 405 Lexington Avenue |
| Miami, Florida 33134 | New York, NY 10174-1299 |
| Telephone: (305) 372-1800 | Telephone: (212) 554-7669 |
| Facsimile: (305) 372-3508 | Facsimile (212) 554-7700 |
| By: /s/ Chauncey D. Cole IV | By: /s/ David Lackowitz |
| Chauncey D. Cole IV, Esq. | David Lackowitz, Esq. |
| cdc@kttlaw.com | dlackowitz@mosessinger.com |